**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>**JUAN SALAZAR-ESPINOZA,**   )<br>)<br>Defendant.   ) | **8:10CR231**<br><br>**ORDER** |

This matter is before the court on the motion for an extension of time by defendant Juan Salazar-Espinoza (Salazar-Espinoza) (Filing No. 15). Salazar-Espinoza seeks until August 31, 2010, in which to file pretrial motions in accordance with the progression order. Salazar-Espinoza's counsel represents that Salazar-Espinoza will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.. Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Salazar-Espinoza's motion for an extension of time (Filing No. 15) is granted. Salazar-Espinoza is given until **on or before August 31, 2010**, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 18, 2010, and August 31, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge