IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN SALAZAR-ESPINOZA,<br><br>　　　　　Defendant. | **8:10CR231**<br><br>**ORDER** |

Before the court is defense counsel Michael Gooch's Ex Parte Motion to Withdraw. After considering the matter, the court will grant the motion.

IT IS ORDERED:

1. Defense counsel Michael Gooch's Ex Parte Motion to Withdraw (Filing No. 63) is granted.

2. The Clerk's Office shall change the defendant's status to pro se on the docket sheet.

3. Pro se defendant Juan Salazar-Espinoza is given 60 days from the date of this order to submit any additional evidence and briefing on the remaining issue relating to whether defense counsel James M. Davis failed to file a requested timely appeal of his conviction. The government shall have 30 days thereafter to respond with further evidence and briefing. The matter will then be deemed submitted to the court.

Dated this 26th day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge