IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUAN SALAZAR-ESPINOZA,

        Defendant.

8:10CR231

MEMORANDUM AND ORDER

      Interested Party, James Martin Davis, has moved to continue the evidentiary hearing currently set for May 16, 2014. As explained in the motion, he cannot attend the hearing at the currently scheduled date and time. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

1) An evidentiary hearing on defendant's motions, (filing nos. 37, 71 and 72), will be held before the undersigned magistrate judge on June 16, 2014, at 10:00 a.m. in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Two hours have been set aside for this hearing.

2) The defendant shall appear by telephone. Defense counsel, interested party James Martin Davis, and counsel for the government shall be present at this hearing.

3) Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

      May 12, 2014.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge