# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:10CR231** |
| **vs.** | |
| | **ORDER** |
| **JUAN SALAZAR-ESPINOZA,** | |
| **Defendant.** | |

This matter is before the court on the defendant's Motion for Enlargement of Time (Filing No. 88).  The defendant seeks an extension of thirty days to file an objection to the Findings and Recommendation (Filing No. 87) filed on October 20, 2014.  Upon consideration,

**IT IS ORDERED**:

The defendant's Motion for Enlargement of Time (Filing No. 88) is granted.  The defendant shall have until **December 8, 2014**, to file an objection.

Dated this 3rd day of November, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge