IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUAN SALAZAR-ESPINOZA,<br><br>                Defendant. | **8:10CR231**<br><br>**ORDER** |

Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Cheryl R. Zwart, Filing No. 87. The defendant filed a motion for enlargement of time to file an objection to the F&R, Filing No. 88 and was granted an extension until December 8, 2014 to file an objection, Filing No. 89. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 87, is adopted in its entirety; and

2. The defendant's motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. 2255, Filing No. 37 and Filing No. 71, are denied.

Dated this 15th day of December, 2014

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge